IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUBMAR, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-CV-03650 |
| | § | |
| MONIQUE ROBERTS, | § | |
| | § | |
| *Defendant.* | § | |

## JUDGMENT AND AGREED PERMANENT INJUNCTION

Plaintiff Submar, Inc. ("Submar") and Defendant Monique Roberts ("Roberts," and together with Submar, the "Parties") have entered into a settlement agreement and resolved all issues in Civil Action 4:14-CV-03650 (this "Lawsuit"). As part of their settlement, the parties have stipulated to the entry of this Judgment and Agreed Permanent Injunction. Having considered the matter, the pleadings on file, and the stipulations of the parties, the Court enters the following order:

### FINDINGS

1.    The Court has subject matter jurisdiction over this dispute and personal jurisdiction over Submar and Roberts.

2.    Venue is proper in this Court.

3.    The Parties have stipulated that Louisiana law applies, and Roberts expressly, knowingly, and voluntarily agrees to and ratifies application of Louisiana law to this dispute.

### PERMANENT INJUNCTION

4.    This Court enters a permanent injunction that will expire on December 17, 2016, that prohibits Roberts from:

a. <u>Non-Competition:</u>   Directly or indirectly carrying on or engaging in a business similar to that of Submar in the states and parishes / counties designated in <u>Exhibit "A"</u> (the "Restricted Counties"), so long as Submar carries on a like business in the Restricted Counties.   Prior to seeking to conduct any "like" or "similar" business in any Restricted County, Roberts will contact Submar in writing to determine whether Submar still conducts business in such Restricted County.   For purposes of this order, a "like" or "similar" business to that of Submar is any business that manufactures, sells or installs articulated concrete block mats, concrete armor units or concrete sling bags, for the purpose of providing erosion control, site stabilization, onshore pipeline protection, or offshore pipeline protection, identifies erosion problems, or evaluates risk of damage to property or infrastructure from erosion in connection with customer integrity management plans.   Without limiting the restrictions imposed above, Roberts also may not perform work in the Restricted Counties, directly or indirectly, for any person, entity, or association in a business "like" or "similar" to that of Submar (the "Competing Businesses").   The parties have stipulated that the Competing Businesses include, but are not limited to, the companies listed in <u>Exhibit "B"</u>.

b. <u>No Customer Solicitation:</u>   Directly or indirectly soliciting Submar's Customers for work to be performed in the Restricted Counties, so long as Submar carries on a like business in the Restricted Counties.   For purposes of this order, "Submar's Customers" are any persons, entities, or governmental units that purchased goods or services from Submar between January 3, 2011 and December 17, 2014, and/or any persons, entities, or governmental units with which Submar had an in-force master

contract or agreement on December 17, 2014, all as identified in <u>Exhibit 1</u> to the parties' Settlement Agreement.

c. <u>No Vendor Solicitation:</u> Directly or indirectly hiring, retaining, doing business with, or consulting with, or in any other manner attempting to influence, induce or encourage any vendor or business partner of Submar to abandon, reduce or materially change its business relationship with Submar. Notwithstanding the foregoing sentence, Roberts shall be allowed to conduct business with said vendors or business partners for any work to be performed outside of the Restricted Counties.

d. <u>No Employee Solicitation:</u> On her own behalf, or on behalf of any other person, entity, or association, seeking to hire any employee of Submar, or in any other manner attempting directly or indirectly to influence, induce, or encourage any employee of Submar to leave the employment of Submar, or using or disclosing to any person, entity, or association any information concerning the names, compensation, addresses or personal telephone numbers of any Submar executives.

5. The Court also enters a permanent injunction prohibiting Roberts from:

a. <u>Protection of Confidential Information:</u> Directly or indirectly using or disclosing any Submar Confidential Information. For purposes of this order, "Submar Confidential Information" shall mean Submar's trade secrets and other information, consisting of formulas, patterns, devices, secret inventions, processes, computer programs, compilations of information, financial and pricing data, records and specifications, contract files, and customer information (including customer names, addresses, contact information, prior or prospective bids or jobs, and related data) which are owned by Submar or

regularly used in the operation of Submar's business. "Submar Confidential Information" shall not include any knowledge or information that is now published or which subsequently becomes generally publicly known in the form in which it was obtained from Submar, unless such public disclosure is a direct or indirect result of Roberts' violation of this order, or any prior breach of her January 3, 2011 Employment Agreement with Submar.

    b. <u>Use of Company Property:</u> Using any Submar Company Property. For purposes of this order, "Submar Company Property" shall mean the originals and all copies (regardless of storage media) of all records relating to the business of Submar, whether prepared by Plaintiff or otherwise, and regardless of whether such records contain Submar Confidential Information.

## OTHER MATTERS

6. The Court also orders that:

a.     Each Party shall bear its own costs and attorneys' fees.

b.     This Agreed Permanent Injunction shall constitute a final judgment in this Lawsuit.

c.     This Lawsuit having been concluded in all respects, the Clerk is directed to mark this matter as closed.

d.     The Court retains jurisdiction over the subject matter and the Parties to enforce this injunction.

Signed at Houston, Texas on _____June 17_____, 2015.

_____
Gray H. Miller
United States District Court Judge

**AGREED AS TO FORM AND SUBSTANCE:**

**LAW OFFICE OF J. CHRISTOPHER ERNY**

/s/ J. Christopher Erny .
J. Christopher Erny
*Pro Hac Vice*
jce@jce-law.com
302 School Street
Houma, LA 70360
(985) 580-4573 - Telephone
(985) 873-9534 – Facsimile
**ATTORNEY FOR DEFENDANT MONIQUE ROBERTS**

**GLAST, PHILLIPS & MURRAY, P.C.**

/s/ David W. Dodge
David W. Dodge
State Bar No. 24002000
S.D. Tex. Federal Bar No. 27581
DDodge@GPM-Law.com
14801 Quorum Drive,
Suite 500
Dallas, TX 75254
(972) 419-8300 – Telephone
(972) 419-8329 - Facsimile
**ATTORNEY FOR PLAINTIFF SUBMAR, INC.**

# EXHIBIT "A"
### Schedule of Restricted Counties

Permanent Injunction and Final Judgment in
*Submar, Inc. v. Monique Roberts,* Civil Action
No. 4:14-CV-03650, In the United States District
Court for the Southern District of Texas
(Houston Division)

| COUNTY / PARISH | STATE |
|---|---|
| FAIRBANKS NORTH STAR BOROUGH | AK |
| KENAI PENINSULA BOROUGH | AK |
| BALDWIN | AL |
| CLEBURNE | AL |
| COOSA | AL |
| DALLAS | AL |
| GREENE | AL |
| HALE | AL |
| HARRIS | AL |
| JEFFERSON | AL |
| LAUDERDALE | AL |
| LIMESTONE | AL |
| MOBILE | AL |
| MORGAN | AL |
| SHELBY | AL |
| SUMTER | AL |
| TUSCALOOSA | AL |
| CHICOT | AR |
| CRAIGHEAD | AR |
| GARLAND | AR |
| GREENE | AR |
| INDEPENDENCE | AR |
| JACKSON | AR |
| LAWRENCE | AR |
| LEE | AR |
| MILLER | AR |
| OUICHITA | AR |
| PULASKI | AR |
| SAINT FRANCIS | AR |
| UNION | AR |
| WHITE | AR |
| COCHISE | AZ |
| COCONINO | AZ |

| COUNTY / PARISH | STATE |
|---|---|
| MOHAVE | AZ |
| NAVAJO | AZ |
| PIMA | AZ |
| YUMA | AZ |
| CALAVERAS | CA |
| COLUSA | CA |
| CONTRA COSTA | CA |
| FRESNO | CA |
| GLENN | CA |
| KERN | CA |
| LOS ANGELES | CA |
| MONO | CA |
| ORANGE | CA |
| RICHMOND | CA |
| RIVERSIDE | CA |
| SACRAMENTO | CA |
| SAN BERNARDINO | CA |
| SAN DIEGO | CA |
| SAN FRANCISCO | CA |
| SAN JOAQUIN | CA |
| SAN MATEO | CA |
| SANTA BARBARA | CA |
| SHASTA | CA |
| SOLANO | CA |
| TEHAMA | CA |
| TUOLUMNE | CA |
| VENTURA | CA |
| ADAMS | CO |
| ARAPAHOE | CO |
| BOULDER | CO |
| DENVER | CO |
| DOUGLAS | CO |
| EL PASO | CO |
| LA PLATA | CO |
| LARIMER | CO |
| LOGAN | CO |
| MONTEZUMA | CO |
| WELD | CO |
| FAIRFIELD | CT |
| LITCHFIELD | CT |
| NEW CASTLE | DE |
| SUSSEX | DE |
| ALACHUA | FL |
| BAY | FL |
| BRADFORD | FL |
| BREVARD | FL |
| BROWARD | FL |

| COUNTY / PARISH | STATE |
| --- | --- |
| CALHOUN | FL |
| CITRUS | FL |
| CLAY | FL |
| DADE | FL |
| DUVAL | FL |
| ESCAMBIA | FL |
| GADSDEN | FL |
| HENDRY | FL |
| HERNANDO | FL |
| HILLSBOROUGH | FL |
| JEFFERSON | FL |
| LEE | FL |
| LEON | FL |
| LIBERTY | FL |
| MADISON | FL |
| MANATEE | FL |
| MARTIN | FL |
| MIAMI-DADE | FL |
| OKALOOSA | FL |
| ORANGE | FL |
| OSCEOLA | FL |
| PALM BEACH | FL |
| PINELLAS | FL |
| POLK | FL |
| PUTNAM | FL |
| SARASOTA | FL |
| ST. LUCIE | FL |
| TAYLOR | FL |
| BALSWIN | GA |
| BANKS | GA |
| BIBB | GA |
| CATOOSA | GA |
| CLAYTON | GA |
| COBB | GA |
| COWETA | GA |
| DACULA | GA |
| DOUGLAS | GA |
| FULTON | GA |
| GORDON | GA |
| GWINNETT | GA |
| HALL | GA |
| HARALSON | GA |
| HEARD | GA |
| JACKSON | GA |
| LAMAR | GA |
| MADISON | GA |
| MARION | GA |

| COUNTY / PARISH | STATE |
| --- | --- |
| MONROE | GA |
| PAULDING | GA |
| PIKE | GA |
| RICHMOND | GA |
| ROCKDALE | GA |
| SCREVEN | GA |
| SPALDING | GA |
| TOOMBS | GA |
| WALKER | GA |
| WALTON | GA |
| WASHINGTON | GA |
| WAYNE | GA |
| ADAMS | IA |
| APPANOOSE | IA |
| BLACK HAWK | IA |
| BOONE | IA |
| CEDAR | IA |
| DECATUR | IA |
| DELAWARE | IA |
| DUBUQUE | IA |
| FLOYD | IA |
| GLOYD | IA |
| GREENE | IA |
| GUTHRIE | IA |
| JOHNSON | IA |
| JONES | IA |
| MILLS | IA |
| MONTGOMERY | IA |
| O'BRIEN | IA |
| POLK | IA |
| POTTAWATTAMIE | IA |
| SCOTT | IA |
| SIOUX | IA |
| WAYNE | IA |
| WEBSTER | IA |
| WOODBURY | IA |
| ADA | ID |
| BANNOCK | ID |
| CANYON | ID |
| POWER | ID |
| TWIN FALLS | ID |
| ADAMS | IL |
| BOONE | IL |
| CARROLL | IL |
| CLARK | IL |
| CLAY | IL |
| COOK | IL |

| COUNTY / PARISH | STATE |
| --- | --- |
| CRAWFORD | IL |
| DUPAGE | IL |
| EFFINGHAM | IL |
| FRANKLIN | IL |
| KANE | IL |
| KANKAKEE | IL |
| LAKE | IL |
| LASALLE | IL |
| MACOUPIN | IL |
| MADISON | IL |
| MARION | IL |
| MCHENRY | IL |
| MONTGOMERY | IL |
| PEORIA | IL |
| PULASKI | IL |
| ROCK ISLAND | IL |
| SCOTT | IL |
| TAZEWELL | IL |
| WHITESIDE | IL |
| WILL | IL |
| WINNEBAGO | IL |
| BARTHOLOMEW | IN |
| BROWN | IN |
| CASS | IN |
| DAVIESS | IN |
| DEARBORN | IN |
| DUBOIS | IN |
| ELKHART | IN |
| GREENE | IN |
| HENDRICKS | IN |
| JACKSON | IN |
| JAY | IN |
| JEFFERSON | IN |
| KNOX | IN |
| LAKE | IN |
| LAPORTE | IN |
| MARION | IN |
| MONROE | IN |
| PARKE | IN |
| PUTNAM | IN |
| VANDERBURGH | IN |
| WARRICK | IN |
| WILLIAMSON | IN |
| BROWN | KS |
| CHASE | KS |
| FRANKLIN | KS |
| HARPER | KS |

| COUNTY / PARISH | STATE |
| --- | --- |
| JOHNSON | KS |
| KEARNEY | KS |
| LABETTE | KS |
| MCPHERSON | KS |
| MIAMI | KS |
| NESS | KS |
| PHILLIPS | KS |
| RENO | KS |
| SALINE | KS |
| SEDGWICK | KS |
| SEWARD | KS |
| SHERMAN | KS |
| WASHTENAW | KS |
| BATH | KY |
| BOONE | KY |
| BOYD | KY |
| BOYLE | KY |
| BRECKENRIDGE | KY |
| CARTER | KY |
| DAVIESS | KY |
| FAYETTE | KY |
| FLOYD | KY |
| GARRARD | KY |
| GRAVES | KY |
| HARDIN | KY |
| HART | KY |
| JEFFERSON | KY |
| LARUE | KY |
| LEWIS | KY |
| MAGOFFIN | KY |
| NELSON | KY |
| ROWAN | KY |
| TAYLOR | KY |
| WOODFORD | KY |
| ACADIA | LA |
| ALLEN | LA |
| ASCENSION | LA |
| ASSUMPTION | LA |
| AVOYELLES | LA |
| BEAUREGARD | LA |
| BIENVILLE | LA |
| BOSSIER | LA |
| CADDO | LA |
| CALCASIEU | LA |
| CAMERON | LA |
| CLACASIEU | LA |
| CONCORDIA | LA |

| COUNTY / PARISH | STATE |
| --- | --- |
| DE SOTO | LA |
| EAST BATON ROUGE | LA |
| EAST FELICIANA | LA |
| FRANKLIN | LA |
| GRANT | LA |
| IBERIA | LA |
| IBERVILLE | LA |
| JACKSON | LA |
| JACKSON PARISH | LA |
| JEFFERSON | LA |
| JEFFERSON DAVIS | LA |
| LAFAYETTE | LA |
| LAFOURCHE | LA |
| LINCOLN | LA |
| MOREHOUSE | LA |
| MORHOUSE | LA |
| NATCHITOCHES | LA |
| ORLEANS | LA |
| OUACHITA | LA |
| PLAQUEMINES | LA |
| POINTE COUPEE | LA |
| RAPIDES | LA |
| RED RIVER | LA |
| SABINE | LA |
| ST. BERNARD | LA |
| ST. CHARLES | LA |
| ST. HELENA | LA |
| ST. JAMES | LA |
| ST. JOHN THE BABPTIST | LA |
| ST. LANDRY | LA |
| ST. MARTIN | LA |
| ST. MARY | LA |
| ST. TAMMANY | LA |
| TANGIPAHOA | LA |
| TERREBONNE | LA |
| VERMILION | LA |
| VERNON | LA |
| WASHINGTON | LA |
| WEST BATON ROUGE | LA |
| WEST FELICIANA | LA |
| BARNSTABLE | MA |
| BERKSHIRE | MA |
| BRISTOL | MA |
| HAMPDEN | MA |
| MIDDLESEX | MA |
| NORFOLK | MA |
| PLYMOUTH | MA |

| COUNTY / PARISH | STATE |
| --- | --- |
| WORCESTER | MA |
| ANNE ARUNDEL | MD |
| BALTIMORE | MD |
| HOWARD | MD |
| MONTGOMERY | MD |
| PRINCE GEORGE'S | MD |
| QUEEN ANNE'S | MD |
| BERRIEN | MI |
| BRANCH | MI |
| CLINTON | MI |
| DELTA | MI |
| EATON | MI |
| GOGEBIC | MI |
| INGHAM | MI |
| KALAMAZOO | MI |
| LIVINGSTON | MI |
| MIDLAND | MI |
| OTTAWA | MI |
| TUSCOLA | MI |
| WASHTENAW | MI |
| WAYNE | MI |
| BLUE EARTH | MN |
| CLAY | MN |
| HENNEPIN | MN |
| LE SUEUR | MN |
| NICOLLET | MN |
| RAMSEY | MN |
| SHERBURNE | MN |
| CASS | MO |
| CLINTON | MO |
| COOPER | MO |
| FRANKLIN | MO |
| GENTRY | MO |
| HARRISON | MO |
| JACKSON | MO |
| LINCOLN | MO |
| MACON | MO |
| MERCER | MO |
| MONROE | MO |
| NODAWAY | MO |
| PERRY | MO |
| PIKE | MO |
| PULASKI | MO |
| ST. LOUIS | MO |
| AMITE | MS |
| BOLIVAR | MS |
| CALHOUN | MS |

| COUNTY / PARISH | STATE |
|---|---|
| CLARKE | MS |
| CLAY | MS |
| COVINGTON | MS |
| FORREST | MS |
| GRENADA | MS |
| HARRISON | MS |
| HINDS | MS |
| HOLMES | MS |
| JACKSON | MS |
| JASPER | MS |
| JEFFERSON DAVIS | MS |
| JONES | MS |
| KEMPER | MS |
| LAMAR | MS |
| LAUDERDALE | MS |
| LINCOLN | MS |
| LOWNDES | MS |
| MADISON | MS |
| MARION | MS |
| MARSHALL | MS |
| PEARL RIVER | MS |
| RANKIN | MS |
| SUNFLOWER | MS |
| TALLAHATCHIE | MS |
| TATE | MS |
| UNION | MS |
| WASHINGTON | MS |
| WAYNE | MS |
| YALOBUSHA | MS |
| CARBON | MT |
| CASCADE | MT |
| CLARK | NC |
| CLEVELAND | NC |
| GASTON | NC |
| GUILFORD | NC |
| HARNETT | NC |
| IREDELL | NC |
| MECKLENBURG | NC |
| WAKE | NC |
| BARNES | ND |
| BURLEIGH | ND |
| MCKENZIE | ND |
| PEMBINA | ND |
| STARK | ND |
| STUTSMAN | ND |
| WILLIAMS | ND |
| CASS | NE |

| COUNTY / PARISH | STATE |
| --- | --- |
| DAWSON | NE |
| DOUGLAS | NE |
| GAGE | NE |
| JEFFERSON | NE |
| OTOE | NE |
| PHELPS | NE |
| THURSTON | NE |
| YORK | NE |
| COOS | NH |
| BURLINGTON | NJ |
| CLOUCESTER | NJ |
| GLOUCESTER | NJ |
| HUDSON | NJ |
| MERCER | NJ |
| MONMOUTH | NJ |
| MORRIS | NJ |
| SUSSEX | NJ |
| UNION | NJ |
| BERNALILLO | NM |
| CHAVES | NM |
| CIBOLA | NM |
| DONA ANA | NM |
| EDDY | NM |
| LEA | NM |
| MCKINLEY | NM |
| RIO ARRIBA | NM |
| SAN JUAN | NM |
| SANDOVAL | NM |
| SANTA FE | NM |
| SOCORRO | NM |
| VALENCIA | NM |
| ALBANY | NY |
| ALLEGANY | NY |
| BROOME | NY |
| CHEMUNG | NY |
| COLUMBIA | NY |
| CORTLAND | NY |
| ERIE | NY |
| GASTON | NY |
| HERKIMER | NY |
| NASSAU | NY |
| OSTEGO | NY |
| RENSSELAER | NY |
| RICHMOND | NY |
| SCHENECTADY | NY |
| SCHOHARIE | NY |
| SENECA | NY |

| COUNTY / PARISH | STATE |
| --- | --- |
| STATEN | NY |
| TIOGA | NY |
| TOMPKINS | NY |
| WESTCHESTER | NY |
| ALLEN | OH |
| BARTHOLOMEW | OH |
| BUTLER | OH |
| CARROLL | OH |
| CLARK | OH |
| COLUMBIANA | OH |
| HAMILTON | OH |
| HANCOCK | OH |
| HARRISON | OH |
| JACKSON | OH |
| JOHNSTON | OH |
| LAWRENCE | OH |
| LICKING | OH |
| MADISON | OH |
| MONTGOMERY | OH |
| MORGAN | OH |
| SCIOTO | OH |
| SUMMIT | OH |
| WARREN | OH |
| WYANDOT | OH |
| ANDERSON | OK |
| ATOKA | OK |
| BRYAN | OK |
| BURLINGTON | OK |
| CADDO | OK |
| CARTER | OK |
| CLEVELAND | OK |
| CUSTER | OK |
| DEWEY | OK |
| GARFIELD | OK |
| GARVIN | OK |
| GRADY | OK |
| GRANT | OK |
| JOHNSTON | OK |
| KAY | OK |
| KIOWA | OK |
| LINCOLN | OK |
| MARSHALL | OK |
| MCCLAIN | OK |
| MURRAY | OK |
| OKLAHOMA | OK |
| OSAGE | OK |
| PAYNE | OK |

| COUNTY / PARISH | STATE |
|---|---|
| PITTSBURG | OK |
| STEPHENS | OK |
| TULSA | OK |
| WAGONER | OK |
| WASHINGTON | OK |
| WASHITA | OK |
| WOODWARD | OK |
| DESCHUTES | OR |
| MULTNOMAH | OR |
| ALLEGHENY | PA |
| ARMSTRONG | PA |
| BERKS | PA |
| BRADFORD | PA |
| CHESTER | PA |
| CLARION | PA |
| CLEARFIELD | PA |
| DAUPHIN | PA |
| GREENE | PA |
| JEFFERSON | PA |
| LACKAWANNA | PA |
| LEHIGH | PA |
| MIFFLIN | PA |
| MONROE | PA |
| MONTGOMERY | PA |
| POTTER | PA |
| SOMERSET | PA |
| TIOGA | PA |
| WELLSBORO | PA |
| WESTMORELAND | PA |
| WYOMING | PA |
| NEWPORT | RI |
| PROVIDENCE | RI |
| AIKEN | SC |
| ANDERSON | SC |
| BEAUFORT | SC |
| CHEROKEE | SC |
| GREENVILLE | SC |
| GREENWOOD | SC |
| JASPER | SC |
| LEXINGTON | SC |
| RICHLAND | SC |
| SPARTANBURG | SC |
| YORK | SC |
| LINCOLN | SD |
| MINNEHAHA | SD |
| PENNINGTON | SD |
| YANKTON | SD |

| COUNTY / PARISH | STATE |
| --- | --- |
| ANDERSON | TN |
| BLOUNT | TN |
| CHESTER | TN |
| DAVIDSON | TN |
| FAYETTE | TN |
| HAMILTON | TN |
| HAYWOOD | TN |
| KNOX | TN |
| LAUDERDALE | TN |
| LOUDON | TN |
| MACON | TN |
| MAURY | TN |
| MCNAIRY | TN |
| PERRY | TN |
| POLK | TN |
| PUTNAM | TN |
| SHELBY | TN |
| SUMNER | TN |
| TIPTON | TN |
| ANDERSON | TX |
| ANGELINA | TX |
| ARANSAS | TX |
| ATASCOSA | TX |
| AUSTIN | TX |
| BEE | TX |
| BEXAR | TX |
| BRAZORIA | TX |
| BRAZOS | TX |
| BREWSTER | TX |
| CALHOUN | TX |
| CHAMBERS | TX |
| CHEROKEE | TX |
| COLLIN | TX |
| COMAL | TX |
| CULBERSON | TX |
| DALLAS | TX |
| DELTA | TX |
| DENTON | TX |
| ELLIS | TX |
| FANNIN | TX |
| FORT BEND | TX |
| FREESTONE | TX |
| GALVESTON | TX |
| GOLIAD | TX |
| GREGG | TX |
| HARDIN | TX |
| HARRIS | TX |

| COUNTY / PARISH | STATE |
| --- | --- |
| HARRISON | TX |
| HEMPHILL | TX |
| HENDERSON | TX |
| HILL | TX |
| HOPKINS | TX |
| HOPKINS | TX |
| HOUSTON | TX |
| HOWARD | TX |
| HUDSPETH | TX |
| INGHAM | TX |
| JACK | TX |
| JACKSON | TX |
| JEFFERSON | TX |
| KAUFMAN | TX |
| LAMAR | TX |
| MATAGORDA | TX |
| MCLENNAN | TX |
| MEDINA | TX |
| MIDLAND | TX |
| MONTGOMERY | TX |
| NACOGDOCHES | TX |
| NAVARRO | TX |
| NEUCES | TX |
| NEWTON | TX |
| ORANGE | TX |
| PALO PINTO | TX |
| POLK | TX |
| POTTER | TX |
| REFUGIO | TX |
| ROBERTSON | TX |
| RUSK | TX |
| SABINE | TX |
| SAN PATRICIO | TX |
| SMITH | TX |
| TITUS | TX |
| TRAVIS | TX |
| TYLER | TX |
| UPSHUR | TX |
| VAL VERDE | TX |
| VICTORIA | TX |
| WEBB | TX |
| WHARTON | TX |
| WILLIAMSON | TX |
| WILSON | TX |
| WINKLER | TX |
| YOAKUM | TX |
| DAVIS | UT |

| COUNTY / PARISH | STATE |
| --- | --- |
| DUCHESNE | UT |
| DUCHESNE | UT |
| SALT LAKE | UT |
| SUMMIT | UT |
| UINTAH | UT |
| CHARLES CITY | VA |
| CHESTERFIELD | VA |
| ELIZABETH | VA |
| FAIRFAX | VA |
| FRANKLIN | VA |
| HAMPTON | VA |
| LOUDOUN | VA |
| NEW KENT | VA |
| NORFOLK | VA |
| PITTSYLVANIA | VA |
| POWHATAN | VA |
| PRINCE WILLIAM | VA |
| RICHMOND | VA |
| ROANOKE | VA |
| STAFFORD | VA |
| CLALLAM | WA |
| CLARK | WA |
| GRAYS HARBOR | WA |
| KING | WA |
| KITSAP | WA |
| PACIFIC | WA |
| PIERCE | WA |
| SNOHOMISH | WA |
| WHATCOM | WA |
| DODGE | WI |
| EAU CLAIRE | WI |
| LA CROSSE | WI |
| OUTAGAMIE | WI |
| WAUKESHA | WI |
| HANCOCK | WV |
| HARRISON | WV |
| HERTFORDSHIRE | WV |
| JACKSON | WV |
| KANAWHA | WV |
| MARSHALL | WV |
| WETZEL | WV |
| CAMPBELL | WY |
| FREMONT | WY |
| LARAMIE | WY |
| NATRONA | WY |
| SWEETWATER | WY |

Schedule of Competing Businesses

Permanent Injunction and Final Judgment in *Submar, Inc. v. Monique Roberts*, Civil Action No. 4:14-CV-03650, In the United States District Court for the Southern District of Texas (Houston Division)

| Company | Address | City | State | Zip |
|---|---|---|---|---|
| Contech Engineered Solutions | 9025 Centre Pointe Drive | West Chester | Ohio | 45063 |
| ACF Environmental | 2831 Cardwell Rd | Richmond | Virginia | 23234 |
| Premier Concrete Products, Inc | 38200 Hwy 16 | Denham Springs | Louisiana | 70706 |
| International Erosion Control Systems | 22295 Hoskins Line | Rodney | Ontario, Canada | N0L 2C0 |
| Shoretec, LLC | 38200 Hwy 16 | Denham Springs | Louisiana | 70706 |
| Pipeline Construction & Maintenance, Inc | 1246 Bayou LaCarpe Rd | Houma | Louisiana | 70363 |
| Waskey | 2651 N. Flannery Rd | Baton Rouge | Louisiana | 70814 |
| Er-Con Technologies, LLC | 7521 Westview Dr., STE 200 | Houston | Texas | 77055 |
| L.E. Bell Construction Company, Inc | 1226 County Rd 11 | Heflin | Alabama | 36264 |
| Ecodyne, LLC | 7521 Westview Dr., STE 200 | Houston | Texas | 77055 |
| Seabed Technologies, LLC | 7521 Westview Dr., STE 200 | Houston | Texas | 77055 |
| Community Construction Co., Inc. | 1045 Hazelhurst Industrial Park Dr | Hazelhurst | Mississippi | 39083 |
| Jones Contractors, Inc. | 2785 Old Jackson Rd. | Henderson | Tennessee | 38340 |
| Bolin Enterprise Inc. | 506 N.E. 15th St. | Casey | Illinois | 62420 |
| Weaver's Inc. | 1524 Hwy. 130 | Tipton | Iowa | 52772 |